*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Fernando Nino Jr.                                BK No. 1:23−bk−10603

Debtor(s)                                               Chapter 13

---

### NOTICE OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that a confirmation hearing will be held:

U.S. Bankruptcy Court, 380 Westminster Street, 6th Floor Courtroom, Providence, RI 02903

to consider and act upon the following:

\*\*Confirmation Hearing Rescheduled by the Court
Confirmation Hearing to be held on 3/20/2024 at 10:00 am, Sixth Floor Courtroom.
RE: [18] Amended Chapter 13 Plan filed by Debtor Fernando Nino
[25] Objection to Confirmation of the Plan filed by Trustee Charles A. Pisaturo, Jr.
\*\*Objections to confirmation must be filed and served at least seven days prior to the date set for confirmation. See LBR 3015−3.

An instructional document for using the zoom platform on the Court's website
calendar page at www.rib.uscourts.gov/calendar−information and individual
training is also available upon request. An email with the Zoom login
information will be sent by the courtroom deputy prior to your hearing.

**PLEASE NOTE**: A notice of the § 341 Meeting of Creditors has been mailed separately to all creditors and interested parties.

Creditors are invited, but not required to attend either or both of the above hearings.

*If familiarizaion or training with courtroom technology is desired, please contact the Clerk's Office as far as possible in advance of the hearing to arrange for assistance.*

Jonathan E. Pincince
Clerk of Court

Date: **2/5/24**

Entered on Docket: **2/5/24**
Document Number: **26 − 18, 25**

503.jsp

---